UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE RONALD WATSON,

Plaintiff.

Case No. 20-cv-06472-VKD

**ORDER OF TRANSFER**

Mr. Ronald Watson, a state prisoner currently housed at the California Medical Facility ("CMF") in Vacaville, filed a letter claiming he has been denied a "senior citizen flu shot" for the last three years at CMF. Dkt. No. 1. On September 16, 2020, the Clerk of the Court construed this letter as an attempt to file a civil rights complaint pursuant to 42 U.S.C. § 1983 and directed Mr. Watson to file a proper complaint on the court form; a copy of the complaint was provided to him. Dkt. No. 3.

CMF is in Vacaville, which is located in Solano County. Because the acts complained of occurred in Solano County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). This Court has discretion to either dismiss the case for wrong venue or transfer it to the proper federal court "in the interest of justice." *See* 28 U.S.C. § 1406(a). The Court concludes that the interest of justice is best served by transfer, and accordingly orders the case TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk of the Court shall terminate all pending motions and transfer the entire file to the Eastern District of California.

1    **IT IS SO ORDERED.**

2    Dated: September 22, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge